*E-filed 1/18/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

  v.

CHRISTINE B. HOBERG,

          Defendant.

Case No. 03-04135 HRL

**ORDER DENYING REQUEST TO VACATE HEARING**

The plaintiff's request to vacate the January 30, 2007 hearing on its motion to disburse defendant's payments to the United States Treasury is hereby denied.

**IT IS SO ORDERED**.

Dated:   1/18/07

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

Notice will be electronically mailed to:

Leigh Aimee Kirmsse kirmssel@howrey.com, wortmans@howrey.com

Helane L. Morrison morrisonh@sec.gov, uclusinw@sec.gov

Patrick Thomas Murphy murphyp@ sec.gov

John S. Yun yunj@sec.gov, johnstonj@sec.gov

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

2