*E-FILED 4/19/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br>v.<br><br>CHRISTINE B. HOBERG,<br><br>    Defendant.<br>_____/ | No. C03-04135 HRL<br><br>**(1) ORDER DENYING MOTION TO DISBURSE MONEY TO THE TREASURY AND (2) ORDERING DISTRIBUTION TO NET PURCHASERS** |

    This court's Interim Order of January 30, 2007 succinctly states the background of this matter. In compliance with that Interim Order, the Securities and Exchange Commission ("the Commission") filed a Supplemental Declaration of John S. Yun with an attachment prepared by Rust Consulting Inc. estimating the costs to distribute the money in the court's registry to the net purchasers of nVIDIA stock during the pertinent time period.

    Subsequently, a second Supplemental Declaration was filed with an attached revised estimate of Rust Consulting Inc. The revised estimate projects approximately 3,594 qualified claimants and administrative costs of about $63,275. The revised estimate does indicate some areas where additional expenses might be incurred and notes that some funds would have to be reserved to pay taxes on the post-judgment interest as well as to pay for the preparation of tax returns. The net available for distribution is close to $600,000 which would average

approximately $170 per qualified claimant.

The estimated costs of administration are eight or nine percent of the total fund available. This relatively modest cost ($63,275) clearly indicates that it is practicable and economically feasible to contact qualified claimants. A projected average payout of approximately $170, while not munificent, is not *de minimus* and could actually be meaningful to some.

On balance, this court sees no need to give the United States a windfall when, with modest expense and effort, damaged net purchasers can have some recovery.

The motion to disburse the Hoberg payments to the U.S. Treasury is denied. Instead, the Commission is directed to engage Rust Consulting Inc. to distribute the money in accordance with its revised estimate. No distribution will be made to a net purchaser whose total claim is or would be less than $10.00. The court is available, if necessary, to provide further guidance on the plan of distribution.

**IT IS SO ORDERED.**

Dated: 4/19/07

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:**

Leigh Aimee Kirmsse kirmssel@howrey.com, wortmans@howrey.com

Helane L. Morrison morrisonh@sec.gov, uclusinw@sec.gov

Patrick Thomas Murphy murphyp@sec.gov

John S. Yun yunj@sec.gov, johnstonj@sec.gov

**\* Counsel are responsible for providing copies of this order to co-counsel.**